Dominick BAILEY, Defendant Below–Appellant,

v.

STATE of Delaware, Defendant Below–Appellee.

No. 157, 2017

Supreme Court of Delaware.

June 27, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID 1305019638 (K)

DISMISSED.

Robert KING, Defendant– Below, Appellant,

v.

STATE of Delaware, Plaintiff– Below, Appellee.

No. 589, 2016

Supreme Court of Delaware.

Submitted: June 14, 2017

Decided: June 28, 2017

Court Below—Superior Court for the State of Delaware, Cr. ID No. 1208013187 (K)

AFFIRMED.